UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Kathleen Bowersox<br>Plaintiff, | § § § § | CIVIL ACTION NO.<br>4:22–cv–00213 |
| vs. | § § § § | JUDGE CHARLES ESKRIDGE |
| Stallion Oilfield Services LTD, et al.<br>Defendant. | § § | |

NOTICE OF RESETTING

Take notice that the Initial Conference set for 05/10/2022, has been RESET as follows:

Monday, May 9,2022, at 01:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 8B
515 Rusk Street
Houston, Texas 77002