United States District Court
Southern District of Texas
**ENTERED**
July 28, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KATHLEEN BOWERSOX, | § § | CIVIL ACTION NO 4:22-cv-00213 |
| Plaintiff, | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| STALLION OILFIELD SERVICES LTD, | § § | |
| Defendant. | § | |

## ORDER

The parties have provided notice of settlement of their dispute by email to the Case Manager.

All claims by Plaintiff Kathleen Bowersox against Defendant Stallion Oilfield Services Ltd are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on July 28, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge